SENIOR JUDGE PRESKA
UNITED STATES DISTRICT COURT
SDNY
500 PEARL ST.
NEW YORK, NEW YORK 10007

13cr043

05/31/17

RE: (30) DAY EXTENSION OF TIME REQUESTED TO INSTALL COUNSELS OF CHOICE

SENT VIA FAX, SNAIL MAIL to SENIOR JUDGE PRESKA:

FIRST and foremost, happy Holidays.

I just received today 5/31/17 via SNAIL LEGAL mail at the M.D.C. dkt. 370 filed 05/23/17. The facility was on lock down, normal operations interrupted etc. which may have caused delays. Prior to this legal mail from CJA DeMarco (dkt. 370) I requested (30) additional days for the PSI and more time for the sentencing as a result. I have not heard back from the court.

My intention is to fully comply to Your Honor's ORDERS as always and to proceed with counsel of choice when doing so at all phases.

As indicated in recent prior communications, I and the lawyers being interviewed (Robert Culp, K&L Gates (met with yesterday), Elizabeth Macedonio (met with on Monday) need added ample time to prepare motions, understand underlying complexity, defects, prepare for PSI, sentencing. I did execute a engagement letter with K&L GATES which is under counsel review. Mr. DeMarco can verify this. I met with Anthony Baddarocco, associate of Carol Elder Bruce of K&L GATES who has a declaration regarding counsel of choice, forfeiture issues on file in case 13cr43 USA v. William R. Cosme.

Please grant ample time, (30) more days for Mr. Cosme and counsels to better prepare as stated above for the PSI and push back the sentencing as a result so we can be best prepared. Also note, I have no email communications with CJA DeMarco, no meetings, no phone contact as per his unusual protocols. I have reached out to him as the records show in a professional manner personally and via third parties, he has not responded. DeMarco was notified that I no longer want him to be representing me, on a monthly basis and failed to notify the court of the

inactions, conflicts, respectfully.

Best Regards,

/S/ William R. Cosme

William R. Cosme - Reg. No. 677950-54

Cc: AUSA Martin Bell,