H5N9COSC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4           v.                        13 CR 43 (LAP)

5   WILLIAM COSME,

6           Defendant.

7   ------------------------------x

8                                    New York, N.Y.
                                     May 23, 2017
9                                    2:48 p.m.

10
    Before:
11
                    HON. LORETTA A. PRESKA
12
                                     District Judge
13

14                      APPEARANCES

15  PREET BHARARA
         United States Attorney for the
16       Southern District of New York
    MARTIN BELL
17  NOAH SOLOWIEJCZYK
         Assistant United States Attorneys
18
    MARK DE MARCO
19       Attorney for Defendant

20

21

22

23

24

25

H5N9COSC

1              (In open court; case called)

2              THE COURT:  United States against William Cosme.

3              Is the government ready?

4              MR. BELL:  We are, your Honor.  Good afternoon.

5     Martin Bell and Noah Solowiejczyk for the government.

6              THE COURT:  Good afternoon.

7              Is the defense ready?

8              MR. DE MARCO:  Yes, your Honor.

9              Mark De Marco for Mr. Cosme.

10             THE COURT:  Good afternoon sir.

11             Mr. De Marco, I am informed that you are refusing to

12    meet with probation.  I'm sorry.

13             MR. DE MARCO:  I'm okay with probation.

14             THE COURT:  Forgive me.

15             Mr. Cosme, I'm informed that you are refusing to meet

16    with probation in order to give them information to be included

17    in the presentence report; is that right, sir?

18             THE DEFENDANT:  No.  You are misinformed.

19             THE COURT:  Are you ready to meet with them, sir?

20             THE DEFENDANT:  Yes.  If I had my counsel of choice I

21    can set up an appointment.

22             THE COURT:  But you don't.  So the question is are you

23    willing to meet with them?

24             And the reason I asked you to come in here today is to

25    tell you that if you don't meet with probation it's only going

H5N9COSC

1    to hurt you.  They get information from you to include in the

2    presentence report to talk about the good things about you, to

3    talk about your background, things you've done in the past,

4    accomplishments you have, the outlook for the future, so as

5    to -- that probation gives the Court a recommendation.  So if

6    you don't get to speak on your own behalf, probation doesn't

7    have that favorable information to put into the presentence

8    report.  So if you don't talk with probation, it just hurts

9    you.

10            So, is there anything else you want to talk about?  Is

11   there a question you have about meeting with probation?

12            THE DEFENDANT:  Sure.  There's a few things I'd like

13   to talk about.  One thing is I guess Mr. De Marco didn't inform

14   you that he was terminated the day we saw the PSI investigator

15   and he also said that the interview would be adjourned at the

16   conference at MDC.  He gave no warning of this meeting.  He

17   didn't notify me and respond to the e-mails.

18            THE COURT:  Then is then.  Now is now.  Mr. De Marco

19   remains your lawyer.  You forfeited your right to proceed pro

20   se at the outset of the trial.

21            THE DEFENDANT:  Your Honor, that would be incorrect.

22   If you check the record that particular day, respectfully, that

23   would be incorrect.  And we did file a motion to that which you

24   did deny, which we will appeal, I suppose.

25            THE COURT:  Well it was the fact that you forfeited

H5N9COSC

1    your right to represent yourself at the outset of the trial.

2              THE DEFENDANT:  The opening statement --

3              THE COURT:  Accordingly, Mr. De Marco stepped in to

4    represent you.  Nothing has changed in that regard.

5              THE DEFENDANT:  Mr. De Marco --

6              THE COURT:  The only thing we're here to discuss today

7    is meeting with probation.  Do you have any question about

8    meeting with probation?

9              THE DEFENDANT:  I think the only way I could meet with

10   them is through counsel of choice.

11             THE COURT:  Well we've been around that block before.

12   Counsel of choice was retained counsel.  Retained counsel is

13   not here.  So as far as I know unless they've communicated with

14   you separately they're not going to be present.

15             THE DEFENDANT:  Mr. De Marco was sent messages and he

16   hasn't shared that with your Honor respectfully about K&L Gates

17   entering a notice of appearance.

18             THE COURT:  Well there is no notice of appearance now,

19   sir.  Until there's a notice of appearance rumor and innuendo,

20   and gonna, gonna, gonna, maybe, coulda, shoulda is all

21   irrelevant.  If there's a notice of appearance, fine.  If not

22   Mr. De Marco continues as your counsel.

23             THE DEFENDANT:  He's been terminated.  I refuse to

24   have him as my counsel.

25             THE COURT:  Well that's your prerogative.  If you

H5N9COSC

1    don't want to use Mr. De Marco, that's fine.

2            Here is what I'm going to do.  I'm going to enter an

3    order telling probation that if you don't agree to meet with

4    them within the next ten days that probation should prepare the

5    presentence report and proceed with the disclosure of the

6    report.

7            Does anyone want to say anything else?  Counsel?

8            MR. BELL:  No, your Honor.

9            THE DEFENDANT:  Your Honor, I have one more thing.

10           THE COURT:  I'm sorry.  Mr. De Marco, is there

11   anything you wanted to say.

12           MR. DE MARCO:  No, thank you, your Honor.

13           THE COURT:  Sir.

14           THE DEFENDANT:  If K&L Gates comes into the case and

15   files the notice of appearance which they are in the process of

16   doing, as Mr. De Marco was notified of in writing and in e-mail

17   and in snail mail.

18           THE COURT:  I don't care, Mr. Cosme.  Until there's a

19   notice of appearance it is nothing.

20           THE DEFENDANT:  Thank you.  I didn't finish what I

21   was --

22           THE COURT:  I know but you keep saying the same thing

23   over and over again and you've forgotten what I've just said to

24   you.

25           THE DEFENDANT:  I didn't forget.

H5N9COSC

1          THE COURT:  Well then stop telling me that maybe

2     they're coming.

3          THE DEFENDANT:  They're not maybe coming in.  They're

4     coming in.

5          THE COURT:  Well they better come in in the next ten

6     days or else probation is going to go forward.

7          THE DEFENDANT:  On that note, there's one more thing,

8     if I may.  All I'm saying on that note is they're going to need

9     more than 30 days to prepare for the -- to prep me for the

10     interview as well as respond to any additional motions and the

11     underlying illegal asset forfeiture.

12          THE COURT:  I will look at whatever is filed within

13     the next ten days.  But that's the order as of now.

14          THE DEFENDANT:  Your Honor we also filed a motion in

15     regards to the final forfeiture order.

16          THE COURT:  It's all for appeal now, sir.

17          THE DEFENDANT:  That has not been responded to yet.

18     You haven't responded to the final forfeiture -- we didn't see

19     that on the docket.

20          MR. DE MARCO:  It was denied on May 16.  I put it in

21     the mail box in the MDC yesterday.

22          THE DEFENDANT:  Your Honor, I received nothing from

23     this counsel.

24          THE COURT:  All right.

25          THE DEFENDANT:  That's ineffective.

H5N9COSC

1          THE COURT:  Counsel served –– a lag of a day or two

2   when counsel hand delivered the order to you at the MDC and put

3   it in the mail box is not ineffective assistance.

4          THE DEFENDANT:  Your Honor.

5          THE COURT:  Thank you, ladies and gentlemen.  Thank

6   you, Mr. Marshal.

7          Good afternoon, counsel.

8          (Adjourned)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25